**UNITED STATES of America,**

v.

**Ashley COLEMAN, Appellant.**

No. 04–2703.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) April 19, 2005.

Decided April 27, 2005.

Daryl F. Bloom, Office of United States Attorney, Harrisburg, PA, for United States of America.

John F. Yaninek, Mette, Evans & Woodside, Harrisburg, PA, for Ashley Coleman.

Before ROTH, FUENTES, and BECKER, Circuit Judges.

## OPINION OF THE COURT

BECKER, Circuit Judge.

Appellant Ashley Coleman pled guilty to one count of perjury in violation of 18 U.S.C. § 1621(1). The District Court sentenced Coleman to 46 months in prison, followed by two years of supervised release. Coleman does not challenge her conviction.

---

filing of the opinion. The decision is filed by a quorum of the panel. 28 U.S.C. § 46(d).

Appellant challenges her sentence under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker.*